IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 OCT 24 A 8:33
CLERK

| | |
|---|---|
| GRADY C. DYAL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: CV290-608 |
| CSX TRANSPORTATION, INC., | ) |
| Defendant. | ) |

## ORDER

Defendant filed a Motion in *Limine* to exclude the testimony of Barry I. Castleman, Ph.D. (Doc. 72.) Plaintiff has filed a response. Upon review and consideration, Defendant's Motion in *Limine* to exclude the testimony of Barry I. Castleman in its entirety is **DENIED**. Defendant may object to specific questions which it believes are outside the area of Castleman's expertise.

**SO ORDERED**, this 24th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)