IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GRADY C. DYAL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: CV290-608 |
| CSX TRANSPORTATION, INC., | ) |
| Defendant. | ) |

## ORDER

Defendant has designated portions of the deposition of Andrew Leo Teague as testimony which its seeks to introduce at the trial of the captioned case. That deposition was taken in the case of <u>Ashley v. CSX</u>, Civil Action File No. 97-RCCV-421 on October 14, 1999. That case was filed in either the State Court of Richmond County, Georgia, or the Superior Court of Richmond County, Georgia. Plaintiff has filed an Objection to the introduction of those portions of Teague's deposition. (Doc. 93.)

The designated portions of the deposition of Andrew Leo Teague will be allowed only if relevant and Defendant can satisfy the requirements of Federal Rule of Evidence 804 (b)(1).

SO ORDERED, this 24th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)