IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 24 A 8:33

CLERK
                OF GA.

| | |
|---|---|
| GRADY C. DYAL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: CV290-608 |
| CSX TRANSPORTATION, INC., | ) |
| Defendant. | ) |

## ORDER

Defendant has filed Objections to Plaintiff's Line and Page Designation of the Video Deposition of Arthur L. Frank, M.D. (Doc. 101.) After review, the Court rules as follows:

| | |
|---|---|
| Page 22, Line 15 to Page 22, Line 22 | Defendants' Objection is **overruled.** |
| Page 22, Line 23 to Page 22, Line 24 | Defendant's Objection is **overruled.** |
| Page 24, Line 10 to Page 25, Line 16 | Defendant's Objection is **overruled.** |
| Page 27, Line 11 to Page 27, Line 17 | Defendant's Objection is **overruled.** |
| Page 28, Line 10 to Page 28, Line 17 | Defendant's Objection is **overruled.** |
| Page 30, Line 23 to Page 31, Line 7 | Defendant's Objection is **overruled.** |
| Page 31, Line 8 through Page 31, Line 21 | Defendant's Objection is **sustained.** |
| Page 32, Line 18 to Page 34, Line 2 | Defendant's Objection is **overruled.** |
| Page 34, Line 3 through Page 41, Line 5 | Defendant's Objection is **overruled.** |
| Page 53, Line 5 to Page 53, Line 14 | Defendant's Objection is **sustained.** |

AO 72A
(Rev. 8/82)

| | |
|---|---|
| Page 56, Line 21 to Page 57, Line 3 | Defendant's Objection is **overruled.** |
| Page 57, Line 24 to Page 58, Line 7 | Defendant's Objection is **overruled.** |

**SO ORDERED**, this 24th day of October, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)