FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 24 A 8: 33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| GRADY C. DYAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: CV290-608 |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has identified seventy-five documents which its seeks to introduce as exhibits in this case. By Order dated October 17, 2005, the Court directed counsel for the parties to make a good faith effort to resolve objections to exhibits. On October 18, 2005, counsel for Plaintiff filed objections to sixty-seven of those exhibits. (Doc. 91.) Defendant has withdrawn exhibit 57 (one of the exhibits objected to by Plaintiff leaving eight exhibits to which there is no objection. Obviously, counsel for Plaintiff and Defendant have disregarded the Court's instruction to make a good faith effort to resolve these matters. A great number of the objections are based on the assertion that the exhibit is not relevant. In a letter to the undersigned dated October 20, 2005, which the Court considers to be a response to Plaintiff's objections, counsel for Defendant says that "(t)he issue of relevance must be determined at trial, given that same is dependent on the proof

presented by Plaintiff as to the alleged work exposure of Plaintiff." Such a statement implies that Defendant does not know, on the eve of trial, the work exposure which Plaintiff alleges. Surely that can not be the situation in this case which was filed in 1990.

With regard to Defendant's exhibits, the Court rules as follows

Defendant's Exhibits 1 through 37

Each exhibit will be introduced only if its relevance is established and it meets the hearsay exception established by Federal Rule of Evidence 803(6).

Defendant's Exhibit 38

This exhibit will be admitted only if relevance is established at trial.

Defendant's Exhibit 39

This exhibit will be admitted only if relevance is established at trial.

Defendant's Exhibit 43

This exhibit will be introduced only if its relevance is established and it meets the hearsay exception established by Federal Rule of Evidence 803(6).

Defendant's Exhibit 44

This exhibit will be introduced only if its relevance is established and it meets the hearsay exception as established by Federal Rule of Evidence 803(6).

Defendant's Exhibit 47

This exhibit will be introduced only if its relevance is established at trial and it meets the requirements of Federal Rule of Evidence 803(8).

As an observation, defense counsel states that this exhibit would be relevant "(s)hould the Plaintiff contend at trial that he had exposure to asbestos in or around locomotive cabs . . . ." Doesn't defense counsel know now whether Plaintiff so contends?

Defendant's Exhibits 49 through 56

Each exhibit will be introduced only if its relevance is established and it meets the hearsay exception established by Federal Rule of Evidence 803(6).

Defendant's Exhibit 57

Defendant has withdrawn this exhibit.

Defendant's Exhibit 58

This exhibit will be introduced only if its relevance is established at trial and it meets the requirements of Federal Rule of Evidence 803(8).

Defendant's Exhibit 59

This exhibit will be introduced only if its relevance is established and it meets the hearsay exception established by Federal Rule of Evidence 803(6).

Defendant's Exhibits 61 through 69 (excluding 62)

Each exhibit will be introduced only if its relevance is established and it meets the hearsay exception established by Federal Rule of Evidence 803(6).

Defendant's Exhibits 70 and 71

Each exhibit will be introduced only if its relevance is established and it meets the hearsay exception established by Federal Rule of Evidence 803(6).

Defendant's Exhibit 72

This exhibit will be admitted if authenticated by Larry Liukonen.

Defendant's Exhibit 73

This exhibit will be introduced only if its relevance is established at trial and it meets the requirements of Federal Rule of Evidence 803(8).

AO 72A
(Rev. 8/82)

Defendant's Exhibits 74 and 75

Each exhibit will be introduced only if its relevance is established and it meets the hearsay exception established by Federal Rule of Evidence 803(6).

**SO ORDERED**, this 24th day of October, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)