**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 24  A 8:33

CLERK _____
S_____ DIST. OF GA.

GRADY C. DYAL,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )      CIVIL ACTION NO.: CV290-608
                                 )
CSX TRANSPORTATION, INC.,        )
                                 )
          Defendant.             )

## O R D E R

By Order dated October 17, 2005, the Court directed the parties to file objections to exhibits and deposition testimony by noon on October 20, 2005. Rather than file objections, Defendant's counsel wrote a letter to the undersigned on October 20, 2005. The Clerk is hereby directed to file that letter as a pleading. In that letter, Defendant states that it only objects to Plaintiff's Exhibits 24 and 25. Those exhibits are purportedly OSHA regulations and/or regulations from the Federal Register. As those exhibits have not been delivered to the Court for review, their admissibility can not be determined at this time.

Accordingly, the Court defers ruling on their admissibility until such time as Plaintiff seeks to introduce them at trial.

**SO ORDERED**, this 24th day of October, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)