FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 24  A 10: 43

CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GRADY C. DYAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV290-608 |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant CSX Transportation, Inc., ("Defendant") filed an Objection to Magistrate Judge James E. Graham's Order dated September 15, 2005. In that Order, the Magistrate Judge denied Defendant's Motion for Rule 35 Examination of Plaintiff Dyal ("Dyal"). Dyal has filed a Response to Defendant's Objection.

Defendant, through counsel, asserts that good cause exists for the psychiatric examinations of Dyal. Defendant contends that Dyal placed his mental condition in controversy by asserting a distinct claim for recovery for pain and suffering damages due to his alleged fear of developing asbestos-related cancer. Defendant alleges that the United States Supreme Court has placed a heightened proof requirement on "fear of cancer" pain and suffering damages, in effect distinguishing these claims from the garden variety emotional distress claims for which a Rule 35 examination may be unwarranted.

AO 72A
(Rev. 8/82)

Upon review of the parties' briefs and supporting documentation, and in light of the Honorable William T. Moore, Jr.'s, Order dated August 29, 2005, in Case Number 4:00MC0028, Defendant's Objection is **overruled**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

**SO ORDERED**, this ___24___ day of ___October___, 2005.

```
                                    _____
                                    JUDGE, UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA
```